COM.

v.

THOMAS, R.

1208 WDA 2015

Superior Court of Pennsylvania.

06/20/2017

CP–02–CR–0011012–2012 (Allegheny)

Affirmed

COM.

v.

BONNER, G.

1369 WDA 2015

Superior Court of Pennsylvania.

06/20/2017

CP–02–CR–0012913–2012 (Allegheny)

Affirmed

COM.

v.

BALL, K.

76 WDA 2017

Superior Court of Pennsylvania.

06/20/2017

CP–33–CR–0000196–2015
(Jefferson)

Affirmed

COM.

v.

VERNON, T.

2170 EDA 2015

Superior Court of Pennsylvania.

06/21/2017

CP–51–CR–0206571–2004
(Philadelphia)

Affirmed

COM.

v.

BUNDY, E.

2439 EDA 2015

Superior Court of Pennsylvania.

06/21/2017

CP–51–CR–0000067–2007
(Philadelphia)

Affirmed